This was denied, and then the remainder of the answer was read, and the trial justice, upon motion of the defendant, struck out the latter portion of the witness' answer. The defendant then renewed his motion as to the part of the answer to that interrogatory already in evidence, and which the justice had previously allowed to stand, and upon this motion the trial justice's ruling was as follows: "I will strike out all the answer which shows that he is reading from a document, or paper, or anything else. All that portion of the answer which does not show that he is reading from a paper I will let stand." It is difficult to ascertain where, if at all, the witness started to read his answer, but the respondent should have the benefit of all doubt on this ruling; for the defendant took an exception to the justice's ruling, and we assume, therefore, that the first portion of the answer, which, when first passed upon by the trial justice, was permitted to remain in the case, was intended by him to remain. With this in the case, the judgment of the Texas court is sufficiently established. The only other point in the case presenting a question of serious consideration is that of the statute of limitations. It is claimed by defendant that the defendant became a resident of this state more than six years prior to the commencement of this action. The only witness to support this position was the defendant himself, an interested witness. It must be assumed in this court, from the fact of the judgment being for the plaintiff, that the trial justice found that the necessary facts to establish a residence in this state on the part of the defendant were not shown by a preponderance of credible evidence, and with that conclusion this court sees no reason to interfere. Judgment should be affirmed, with costs.

FREEDMAN, P. J., and MacLEAN, J., concur.

McCUE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Bridget McCue against Thomas T. Martin. T. C. Ennever, for appellant. G. D. Lamb, for respondent. No opinion. Judgment and order affirmed, with costs.

McEWEN v. DIMOND et al. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by Frederick McEwen against Thomas Dimond and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

McGARY, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by John McGary, an infant, by Patrick M. McGary, his guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

McGUIRE, Respondent, v. McGUIRE, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Hannah McGuire (now Hannah Van Ness)

against Catherine McGuire. W. Man, for appellant. J. B. Leavitt, for respondent. No opinion. Judgment (75 N. Y. Supp. 302) affirmed, with costs.

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion denied.

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion denied, with $10 costs.

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion to dismiss denied, on payment of $10 costs.

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion denied, with $10 costs.

McLAUGHLIN, Respondent, v. APPLETON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by John E. McLaughlin against Daniel Appleton and others, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements, upon the opinion in McLaughlin v. Kipp (decided herewith) 81 N. Y. Supp. 896.

McMANNIS, Appellant, v. ELBS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Emmett A. McMannis against John G. Elbs. PER CURIAM. Judgment of County and Municipal Courts reversed with costs. Held, that upon the undisputed evidence the plaintiff was concededly entitled to recover at least the sum of $2.06.

McNALLY, Respondent, v. PROVIDENCE–WASHINGTON INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Thomas J. McNally against the Providence-Washington Insurance Company. PER CURIAM. Judgment affirmed, with costs. PARKER, P. J., dissents.

McNAMARA et al., Appellants, v. WILLCOX, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Thomas McNamara and another against William R. Willcox. A. C. Butts, for appellants. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, on the authority of McNamara v. Willcox, 73 App. Div. 451, 77 N. Y. Supp. 294.